## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TROY JOHNSON<br>Plaintiff | : Civil Action No.: 1:23-cv-00021-JJM-PAS<br>:<br>: |
| v. | : |
| BOTTLING GROUP, LLC<br>Defendant | : May 30, 2023<br>: |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Troy Johnson ("Plaintiff") and the Bottling Group, LLC (hereinafter "Defendant"), (collectively, the "Parties"), by and through their respective undersigned counsel, hereby file this *Joint Stipulation of Dismissal with Prejudice,* and respectfully request that the Court dismiss the above-styled case with prejudice with each party to bear their own legal fees and costs.

Respectfully submitted this 31st day of May, 2023.

| TROY JOHNSON | BOTTLING GROUP, LLC. |
|---|---|
| **/s/ Vicki J. Bejma** | **/s/ Johanna G. Zelman** |
| Vicki J. Bejma | Johanna G. Zelman (pro hac) |
| Robinson & Clapham | Nancy Holt |
| 123 Dyer Street, 1st Floor, Suite 135 | FordHarrison, LLP |
| Providence, RI 02903 | CityPlace II |
| Tel #: 401-331-6565 | 185 Asylum Street, Suite 820 |
| Fax #: 401-3317888 | Hartford, CT 06103 |
| Email: vbejma@smrobinsonlaw.com | Tel #: 860-740-1355 |
| *Counsel for Plaintiff* | Fax #: 860-578-2075 |
| | Email: jzelman@fordharrison.com |
| | nholt@fordharrison.com |
| | *Counsel for Defendant* |

9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send a notice of electronic filing to:

Vicki J. Bejma, Esq.
Robinson & Clapham
123 Dyer Street, 1st Floor, Suite 135
Providence, RI 02903
Tel #: 401-331-6565
Fax #: 401-3317888
Email: vbejma@smrobinsonlaw.com

/s/ *Johanna G. Zelman*
Johanna G. Zelman